UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 6 LOS MORROS LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ASSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No. 09-CV-648-DMS (JMA)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE** |

　　　The Settlement Conference on **January 19, 2010** at **9 a.m.** is vacated.  Counsel shall contact chambers to provide a case status update no later than January 29, 2010.

　　　**IT IS SO ORDERED.**

DATED:  January 11, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jan M. Adler
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

09CV648-DMS(JMA)